# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DARREL ROGERS,**

    **Plaintiff,**

v.          Case No. 22-CV-066

**CHRISTOPHER MANTHEI.,**

    **Defendant.**

## ORDER

On October 18, 2023, the court screened *pro se* plaintiff Darrel Rogers's complaint allowing him to proceed on a First Amendment retaliation claim against defendant Christopher Manthei. (ECF No. 11.) The court did not allow him to proceed on a First Amendment claim against any other defendant. On January 5, 2024, Rogers filed a motion for reconsideration of the screening order, arguing that he should be allowed to proceed on a retaliation claim against complaint examiner Tonia Mood because she did not properly process his inmate grievance. (ECF No. 30.) However, the reason Rogers was not allowed to proceed against Moon originally was because he did not allege any protected activity that he engaged in that resulted in Moon's retaliation. In his motion for reconsideration, Rogers still does not provide this information. Even if he had, he would have to move to amend his complaint, because the allegations do not appear in his original motion. His motion for reconsideration is denied.

Rogers still has not responded to the defendants' motion for summary judgment. His response was due January 5, 2024. However, because he filed a motion to stay with his motion for reconsideration, the court will give Rogers **one final opportunity** to respond to the defendants' motion for summary judgment. Failure to do so by the deadline below will result in the court accepting as true all the defendant's facts and will likely result in the court granting summary judgment in the defendant's favor.

**IT IS THEREFORE ORDERED** that Rogers's for reconsideration of the screening order (ECF No. 30) is **DENIED**.

**IT IS FURTHER ORDERED** that Rogers motion to stay the summary judgment briefing schedule is **DENIED as moot**. Rogers must file a response to the defendants' motion for summary judgment by **March 5, 2024.** The defendant's reply, should he wish to file one, is due in accordance with applicable local rules.

Dated in Milwaukee, Wisconsin this 5th day of February, 2024.

STEPHEN DRIES
United States Magistrate Judge